**ITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **BRUCE PETERS,**          ) | |
|                            ) | |
| **Plaintiff,**             ) | |
|                            ) | |
| vs.                        ) | Case No. 05-2242 |
|                            ) | |
| **THE VILLAGE OF CLIFTON, an Illinois** ) | |
| **municipal corporation; ALEXANDER, COX,** ) | |
| **& MCTAGGERT, INC.; and JOSEPH** ) | |
| **MCTAGGERT,**             ) | |
|                            ) | |
| **Defendants.**            ) | |

## OPINION

On March 28, 2006, the Magistrate Judge filed a Report and Recommendation (#22) in the above cause. The Magistrate Judge recommended that the Defendant Village of Clifton's Motion to Dismiss (#15) be GRANTED and this case be dismissed without prejudice.

On April 6, 2006, Plaintiff filed his Objection to the Report and Recommendation (#24). This court has reviewed the Magistrate Judge's reasoning and the Plaintiff's Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendant Village of Clifton's Motion to Dismiss (#15) is GRANTED.

(2) This case is dismissed without prejudice to allow Plaintiff to pursue his claims in state court.

ENTERED this 18th day of April, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE